| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Sara Woodward<br>Special Agent: Robert Schmitz | Telephone: (313) 226-9100<br>Telephone: (313) 965-2323 | |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Tyrone Lamar CARSWELL | Case: 2:25−mj−30291<br>Assigned To : Unassigned<br>Case No. Assign. Date : 5/6/2025<br>Description: CMP USA V. CARSWELL (DJ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 5, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Robert Schmitz - FBI
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: May 6, 2025

_Judge's signature_

City and state: Detroit, Michigan

Hon. Kimberly G. Altman  U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Robert J. Schmitz, assigned to the FBI Violent Crime Task Force, being duly sworn, hereby state:

## INTRODUCTION AND BACKGROUND

1. I have been a Special Agent with the Federal Bureau of Investigation (FBI) since January 2016. I am currently assigned to the FBI Detroit Violent Crime Task Force (VCTF). I have conducted or assisted in numerous investigations of federal violations, including crimes of violence, firearms, and drug trafficking. I have gained experience through training and everyday work related to these types of investigations.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including reports from other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. The information in this affidavit is provided for the limited purpose of establishing probable cause that Tyrone Lamar CARSWELL violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

**PROBABLE CAUSE**

4. On May 5, 2025, law enforcement observed a white Buick Encore approaching Exit 51C on I-75 north. The Buick Encore suddenly swerved out of its lane and crossed over the gore to take Exit 51B for Gratiot. Law enforcement observed that there were two males in the vehicle: a man in the driver's seat, and a man in the front passenger seat.

5. After observing the above noted traffic infraction, police activated their emergency lights and pulled the Buick Encore over. As an officer approached the passenger side of the Buick, he observed a rifle, partially wrapped in a white towel, placed in the rear passenger compartment. The officer also observed a magazine containing ammunition on the floorboard of the rear passenger-side compartment. Police temporarily detained both occupants of the Buick Encore.

6. Shortly after exiting the vehicle, the driver of the Buick Encore stated that there was a gun in the vehicle and that the gun belonged to the passenger. The passenger, identified as Tyrone Lamar CARSWELL, claimed ownership of the gun. The officers learned that CARSWELL had a criminal history that included the following felony convictions: Weapons – Carrying Concealed – Attempt – 2016, Weapons – Firearms – Possession by Felon – 2017, and Controlled Substance-Delivery/Manf., Nar/Coc <50 Grams – 2023.

7. CARSWELL was placed under probable cause arrest for being a felon in possession of a firearm. Law enforcement recovered an AK-47 style rifle and a

magazine containing 38 rounds of 7.62 ammunition from the rear passenger-side compartment of the Buick Encore, pictured below.



8.      I inspected the markings on the AK-47 style rifle and observed that it is a GP (General Purpose) WASR-10 7.62x39mm caliber semi-automatic rifle.

9.      Later on May 5, I interviewed CARSWELL. In a post-*Miranda* interview, CARSWELL stated that he had possession of the rifle for the past two months. CARSWELL stated that on May 5, 2025, he paid the driver of the Buick Encore to drive him with the rifle to another location. CARSWELL stated that the gun was his and that he was responsible for the gun several times throughout the interview.

3

10. On May 6, 2025, the FBI contacted an ATF Interstate Nexus Expert, Special Agent Michael Jacobs, and provided information about the WASR-10 7.62x39mm rifle. SA Jacobs concluded that the firearm is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3) and was manufactured outside the State of Michigan, and therefore previously traveled in interstate or foreign commerce.

## Conclusion

11. Based on the above information, there is probable cause to believe that CARSWELL, a prior convicted felon, knowingly possessed a firearm in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Robert J. Schmitz, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

Date:   May 6, 2025

4